77622. ATLANTA DEVELOPMENT COMPANY, LTD. v. PEEL & SONS, LTD.

(377 SE2d 552)

BANKE, Presiding Judge.

"This is an appeal from an order denying a motion to intervene and add a party defendant in a case pending in the trial court. Since the order appealed from is not a final judgment [cits.], and the interlocutory appeal procedure specified by [OCGA § 5-6-34 (b)] has not been followed, the appeal must be dismissed. [Cits.]" *Wallace v.*

454

*Bledsoe*, 244 Ga. 674 (261 SE2d 399) (1979).
   *Appeal dismissed. Birdsong, C. J., and Beasley, J., concur.*

DECIDED DECEMBER 2, 1988.

*William F. C. Skinner, Jr.*, for appellant.
*Zion, Tarleton & Siskin, John J. Tarleton*, for appellee.